UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

EXXONMOBIL OIL CORPORATION, :     CIVIL ACTION NUMBER: 09-01265

Plaintiff,     :

v.     :     ORDER

WAKILE & SONS, INC. and     :     THE HON. WILLIAM J. MARTINI
ADEL ABOUZID,
    :

Defendants.

### ORDER

FOR the reasons elaborated in the contemporaneously filed opinion in this action;

IT IS on this _12th_ day of November, 2009;

ORDERED that Plaintiff's motion for default judgment against Defendants be **GRANTED** and the Court enters judgment in favor of Plaintiff.

It is further ORDERED that Plaintiff's filing in support of damages is due on the _1st_ day of _Dec_, 20_09_. A hearing on damages is scheduled for the _10th_ day of _Dec_, 20_09_ at _11 AM_.

/s/ William J. Martini
WILLIAM J. MARTINI, U.S.D.J.

1