UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EXXONMOBIL OIL CORPORATION, : | | CIVIL ACTION NUMBER: 09-01265 |
| Plaintiff, : | | |
| v. : | | JUDGMENT |
| WAKILE & SONS, INC. and : ADEL ABOUZID, | | THE HON. WILLIAM J. MARTINI |
| : | | |
| Defendants. | | |

## JUDGMENT

THIS MATTER comes before the Court upon Plaintiff's Motion for Default Judgment, (Doc No. 14 (motion), Doc. No. 16 (opinion), Doc. No. 17 (order granting default and proof hearing), Doc. No. 18 (statement of damages), Doc. No. 19 (certification of counsel with invoices)); and the Court having considered the filings of the movant, and defendants having made no filings, and the date of the proof hearing having passed, without the attendance of either party, and the Court having considered the matter, the law and Rule 55; and a decision having been duly rendered;

**IT IS** on this 16th day of December 2009, hereby,

**ORDERED AND ADJUDGED** that Plaintiff recover from the Defendants, Wakile & Sons, Inc. and Adel Abouzid, the sum of $113,449.56.

s/ William J. Martini
**William J. Martini, U.S.D.J.**

1